# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## CIVIL MINUTES

**DATE:** April 23, 2015

**CASE TITLE:** In re Attorney Admission

**PRESIDING JUDGE:** Michael W. Mosman

**DEPUTY CLERK:** Paul Bruch

Record of hearing on petitions for admission of Meriel L. Darzen, Derek E. Hopp, Ricky Ray Nelson, James Kenneth Katzaroff, Nathan G. Orf, Elizabeth A.B. Oshel, Rachel Naomi Marshall, Reagan L.B. Desmond and Nick Phong Tran. Ordered petitions granted and oath administered.